IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JACK MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No. 10-00096-CV-W-GAF** |
| ) | |
| NCB MANAGEMENT SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Notice of Voluntary Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice.

                                              s/ Gary A. Fenner
                                              Gary A. Fenner, Judge
                                              United States District Court

DATED: March 11, 2010